Charles Walton
Avenal State Prison
PO Box 8
Avenal, Ca 93204-0008

E-filing

FILED
08 MAY -6 PM 4:18
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

United States District Court
For The
Northern District of California

CV 08 2345

Charles Walton
**PLAINTIFF**

v.

California Department of Corrections and Reh. et al.,
William Gaisewitz, Dir. of CDCR; James E
Tilton, Secretary of CDCR;
Avenal State Prison et al.,
James D Hartley, Warden; Seniour Accountant, Doe;
Gabriola Resindez, Trust Office Accountant; M. Cruz,
Mail Room Sergeant; Canosa, Custody Officer;
**DEFENDANTS**

Case No. _____ SBA

COMPLAINT
Civil Rights Act, (PR
42 USC §1983

I. The above named Plaintiff has raised two other suits.
   A. Parties to previous lawsuits:
      1. CV-07-03246-SBA
         Plaintiff - Charles Walton
         Defendants - CDCR et al., ASP et al Nick Dawson
         Still Pending
         Filed in June of 2007
         Sandra Brown Armstrong

2. CV-07-0558④-SBA (not sure if this correct)
   Plaintiff - Charles Walton
   Defendant - ASP James D. Hartley
   Dismissed for failure to provide Certification of Funds without Prejudice
   Filed: October or November of 2007
   Sandra Brown Armstrong

## II Exhausted Administrative Remedies

A. Plaintiff has diligently pursued exhaustion of Administrative Remedies in all of the herein mentioned claims.
   1. Plaintiff will provide exhausted Grievances (documents) when this complaint is amended
B. Plaintiff has been housed in Administrative Segregated Housing Unit and is being denied access to any of his Legal Books, Documents and other Legal Materials.

## III Defendants

1. William Gausewitz is the Director of the California Department of Corrections and Rehabilitations
2. James Tilton is the Secretary of the California Department of Corrections and Rehabilitation (CDCR)
3. James D. Hartley, Ward is employed as Warden at Avenal State Prison (ASP) at Kings County for CDCR.
4. Doe is employed as Senior Accountant at ASP at Kings County for CDCR
5. Gabriela Resindez is employed at ASP at Kings County (KC) for CDCR as Trust Office Accountant
6. M. Cruz is employed as Mailroom Sergeant at ASP at KC for CDCR
7. Canoza is employed as Custody Officer at ASP at KC for CDCR.

IV Statement of Facts

8. The following statements are alleged upon information and belief.

9. Around July 17, 2007 Defendant M. Cruz failed to provide the plaintiff the postage necessary to mail an aplication to proceed in forma pauperis to the court.

10. Defendant M. Cruz failed to promptly return this returned legal mail till nearly a month later.

11. Defendant Custody Officer Canoza of HU 410 called plaintiff an "Asshole" and a "Smartass" for excercising his legal rights during legal mail call.

12. Defendant Gabriela Resendez caused the dismissal of CV-07-05580-SBA by refusing plaintiff copies certified copy of Trust Account Statement/Certification of Funds. Defendant has refused plaintiff copies of said documents on multiple occassions as well.

13. All of the defendants named herein this complaint have acted under color of state law and are being sued in their individual and official capacities.

14. Plaintiff will seek leave to include the names and position of said "Doe", to add parties, and exhausted administrative remedies, and Claims for Relief.

V Claims for Relief

15. All of the above, is hereby re-alleged and incorporated by reference in the following claims.

16. Gabriela Resendez deprived plaintiff of his 1st and 14th Amendment US Constitutional Rights.

17. Custody Officer knowingly retaliated against the plaintiff

for practiceing/excercising his right to freedom of speech and other Protected Constitutional Rights.

18. M. Cruz deprived the plaintiff of his right to redress grievances before the courts.

19. The other named defendants deprived plaintiff of his federal and constitutional rights directly, indirectly or by failing to act.

## VI Relief Sought:

20. That Defendants reimburse Plaintiff for any and all cost/expenses incurred as a result of litigating this case

21. That Defendants pay all court fees and cost

22. That Plaintiff be transferred away from Avenal State Prison were he will suffer no other forms of retaliation.

23. That any/all of Plaintiffs future possibly future Therapy (Dr. Bills/Psyche Bills) Bill be paid in full

## VII PRAYER FOR Relief

Wherefore, Plaintiff prays this court grant the requested relief and any other relief this Court finds necessary and reasonable.

I, Charles Walton, hereby declare under the penalty of perjury that the foregoing is true and correct, except all stated upon information and belief. Executed this 28th day of April year 2008 at Avenal State Prison of Kings County.           Respectfully Submitted

Date: April 28, 2008

Charles Walton F-48508

