Plaintiff's Name: Charles Walton
CDC No: F-48589
Address: P.O. Box 8
Avenal, Ca 93204

E-filing

UNITED STATES DISTRICT COURT
Northern DISTRICT OF CALIFORNIA

CHARLES WALTON )
                ) APPLICATION TO PROCEED
                ) IN FORMA PAUPERIS
                ) BY A PRISONER
      Plaintiff, )
                )
vs.             )
CDCR, Avenal State Prison, et al. ) CASE NUMBER:
      Defendant(s). ) CV 08 2345 SBA (PR)

I, Charles Walton, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ✓ Yes __ No (If "no" DO NOT USE THIS FORM)

   If "yes" state the place of your incarceration. Avenal State Prison

**Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed (includes prison employment)? __ Yes ✓ No

   a. If the answer is "yes" state the amount of your pay. _____

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:    __ Yes  ✓ No
   b. Rent payments, interest or dividends:              __ Yes  ✓ No
   c. Pensions, annuities or life insurance payments:    __ Yes  ✓ No
   d. Disability or workers compensation payments:       __ Yes  ✓ No

1

    e..    Gifts or inheritances:     \_\_ Yes     ✓ No

    f.    Any other sources:     \_\_ Yes     ✓ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)? \_\_ Yes ✓ No

    If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?     \_\_ Yes     ✓ No

    If "yes" describe the property and state its value: _____

6. Do you have any other assets?     \_\_ Yes     ✓ No

    If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

_3/18/08_
DATE                    SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _0_ on account to his/her credit at _Avenal State Prison_ (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ _.70_ . I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ _0_ .

**(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).**

_4-7-08_
DATE                    SIGNATURE OF AUTHORIZED OFFICER
(Form Last Revised 09/18/03)

2

```
REPORT ID: TS3030 .701                              REPORT DATE: 04/07/08
                                                    PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                            AVENAL STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: OCT. 01, 2007 THRU APR. 07, 2008

ACCOUNT NUMBER : F48589                  BED/CELL NUMBER: 140 2 00000011U
ACCOUNT NAME   : WALTON, CHARLES EVERETT  ACCOUNT TYPE: I
PRIVILEGE GROUP: C
                            TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -------------  ---------  ---------   --------   -----------   -------

10/01/2007   BEGINNING BALANCE                                                 4.23

10/15  W512  LEGAL POSTAGE  701642LEPO                             0.41        3.82
10/22  W512  LEGAL POSTAGE  701767LEPO                             0.41        3.41
10/22  W512  LEGAL POSTAGE  701767LEPO                             0.41        3.00
10/22  W512  LEGAL POSTAGE  701767LEPO                             0.41        2.59
10/22  W512  LEGAL POSTAGE  701767LEPO                             0.41        2.18
10/22  W512  LEGAL POSTAGE  701767LEPO                             0.41        1.77
10/26  W512  LEGAL POSTAGE  701840LEPO                             0.41        1.36
11/01  W516  LEGAL COPY CH  701907LECO                             1.36        0.00


                           CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE       DESCRIPTION           COMMENT       HOLD AMOUNT
 ----------  ----   ---------------------   ------------    -----------

 02/25/2008  H109   LEGAL POSTAGE HOLD      703741LEPO          0.75
 02/25/2008  H109   LEGAL POSTAGE HOLD      703741LEPO          2.16
 02/25/2008  H109   LEGAL POSTAGE HOLD      703741LEPO          0.41
 02/25/2008  H109   LEGAL POSTAGE HOLD      703741LEPO          0.41
 02/25/2008  H109   LEGAL POSTAGE HOLD      703741LEPO          0.41
 02/25/2008  H109   LEGAL POSTAGE HOLD      703741LEPO          0.41
 02/25/2008  H109   LEGAL POSTAGE HOLD      703741LEPO          0.41
 02/25/2008  H109   LEGAL POSTAGE HOLD      703741LEPO          0.41
 03/21/2008  H118   LEGAL COPIES HOLD       704122LECO          2.50
 03/24/2008  H114   COPAY FEE, MED.         4151COPAY           5.00
 04/04/2008  H109   LEGAL POSTAGE HOLD      704328LEPO          0.97
 04/04/2008  H109   LEGAL POSTAGE HOLD      704328LEPO          0.97

                            TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL       TOTAL        CURRENT      HOLDS      TRANSACTIONS
  BALANCE    DEPOSITS   WITHDRAWALS     BALANCE     BALANCE     TO BE POSTED
 ---------   --------   -----------   ----------   ---------   --------------

    4.23       0.00         4.23         0.00        14.81          0.00


                                                 CURRENT
                                                AVAILABLE
                                                 BALANCE
                                                ---------
                                                  14.81-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4-7-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE