CHARLES WALTON F48589
AVENAL SP
PO BOX 8
Avenal, Ca 93204

May 15, 2008

Re: Correspondences from Pro se litigant in action(s): CV-07-03246-SBA,
                                            CV-08-2345-SBA

Office of The Clerk, US. Dis.Crt.
N.D. Crt. of Cal., Oak. Div.
1301 Clay Street, Suite 400s
Oakland, Ca. 94612-5212



**FILED** &
MAY 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Sub: Enclosers (2 self-addressed stamped envelopes) provided to you with correspondence
    dated May1, 2008 (filed on May 7, 2008); and 1 SASE provided with Civil Action
NC CV-08-2345-SBA that was filed May 6, 2008.

    Respectable Clerk;

    Greetings. This letter is in regard to above stated subject matter.
    On April 28, 2008 monday I sent your office civil action CV-08-2345-SBA (filed
on May 6, 2008) along with a self addressed stamped envelope with the senders address
completed; and it was also marked [L]egal Mail.
    However on May 12, 2008 I recieved the envelope in question along with the filed
complaint, that was opened by prison officials, due to the fact that the senders
address was taped over with white tape.
    Furthermore, May 5, 2008, prison officials forwarded to the Oak.Div Office a
Notice of/Letter regarding the "ongoing" deprivation of Plaintiffs 1st Amend Rights, that
was dated for May 1, 2008 and filed May 7, 2008 along with three sets of handwritten

copies of notice, one for the Clerks Office, and one each for the plaintiff and defendant with two (2) self-addressed stamped envelopes for both Parties.

Unfortunately today May 15, 2008 thursday I recieved a zeroxed copy of the above mentioned Notice (all 3) opened, once again by prison officials, due to the fact that the address of the sender was [E]rased.

So the next question, however unlikely; did Your Office Personnel alter the envelopes in question, for any reason in any way? If, so; Why?

Second, did Your Office forward a copy of the Notice/Letter filed May 7, 2008 to the Defendant(s), in the envelope I provided? If, "NO"; Why not?

Third, will You Please forward me a copy of this inquirey in its entirety, along with its Docket #, and Your answers to this inquiry?

Last, and probly most important; can You please stamp ♥ any self-addressed stamped envelopes that I may provide, with Your Office address on the front and back? This should be sufficient to deture & stop any further tamperings with an Inmate(s) [L]egal Mail.

Thank You for Your Time and Understanding in this matter, most appreciated Respectable Clerk.

Respectfully Yours Toly

CHARLES WALTON F48589

AVENAL SP
PO Box 8
Avenal, Ca 93204

2 OF 2