```
 1  CHARLES WALTON, F48589                    FILED
    AVENAL SP
 2  P.O. BOX 8                                2008 MAY 30  PM 4:14
    Avenal, Ca 93204
 3                                            RICHARD W. WIEKING
    Pro Se                                    CLERK, U.S. DISTRICT COURT
 4                                            NORTHERN DISTRICT OF CALIFORNIA

 5

 6

 7

 8  UNITED STATES DISTRICT COURT

 9  FOR THE

10  NORTHERN DISTRICT OF CALIFORNIA

11  OAKLAND DIVISION

12

13  CHARLES WALTON,                Case No. CV-08-2345-SBA(PR)
           Plaintiff,
14                                 MOTION FOR EXTENSION OF TIME
15       V                         OR ENLARGEMENT PURSUANT TO
                                   F.R.CIV.P. 6(b)
16  AVENAL STATE PRISON et al.,
           Defendant(s)
17  _____

18  1. PURSUANT TO F.R.CIV.R 6(b), PLAINTIFF, IN THE ABOVE ENTITLED MATTER, IS A
19     CALIFORNIA STATE PRISONER, HEREIN MOVES THIS COURT FOR AN ORDER OF
20     EXTENSION OF TIME TO COMPLY WITH JUNE 6, 2008, THE COURT ORDERS FOR
21     AN APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF
22     TRUST STATEMENT.
23  2. WHEREFORE, PLAINTIFF PRAYS THIS HONORABLE COURT WILL GRANT THIS
24     MOTION FOR EXTENSION OF TIME.
25  I, CHARLES WALTON, THE ABOVE NAMED PLAINTIFF HEREBY DECLARE UNDER
26  PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.
27  DATED:         , 2008                    RESPECTFULLY SUBMITTED
28                                           CHARLES WALTON, F48589
```

CHARLES WALTON F48589
AVENAL SP, 140-1-14
PO BOX 9
Avenal, CA 93204-0009

LEGAL MAIL
MAY 28 2008
AVENAL STATE PRISON
MAILROOM

Legal Mail

FRANK
NO FUNDS

049J82042606
$00.420
05/28/2008
Mailed From 93204
US POSTAGE

neopost™

OFFICE OF THE CLERK, U.S.
N. DIS. CRT. OF CAL., OAK. DIVISION
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

Legal Mail

94612-5217 C037
AVENAL STATE PRISON