IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES WALTON,

    Plaintiff,

    v.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

    Defendants.

No. C 08-02345 SBA (PR)

**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE COMPLETED PRISONER IFP APPLICATION FORM**

    Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff filed a completed in forma pauperis (IFP) application; however, he did not use the Court's prisoner IFP application form. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed IFP application using the correct prisoner IFP application form.

    Plaintiff has filed a request for an extension of time to file the completed prisoner IFP application form. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file the completed prisoner IFP application form will be extended up to and including **thirty (30) days** from the date of this Order.

    **Failure to file the completed prisoner IFP application form as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.**

    The Clerk of the Court shall send Plaintiff a blank prisoner IFP application form along with a copy of this Order.

    This Order terminates Docket no. 5.

    IT IS SO ORDERED.

DATED: 6/3/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.08\Walton2345.EOT-IFPapp.frm

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WALTON, | Case Number: CV08-02345 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CA DEPT OF CORRECTIONS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Walton F48589
Avenal State Prison
P.O. Box 8
Avenal, CA 93204

Dated: June 4, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.08\Walton2345.EOT-IFPapp2.frm