Page 1 of 2

FILED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Charles Walton, F48589
Avenal SP
P.O. Box 8
Avenal, Ca 93204

Re: Civ.Action: CV-08-02345-SBA

Office of the Clerk
U.S. District Court
Cal. Nor. District, Oakland Division
Oakland, Ca 94612-5212

Respectably Clerk.

Sub: Voluntary Dismissal pursuant FRCP Rule 41(a)(1)(A)

Plaintiff hereby moves this Homorable Court, for a dismissal of Civil Action 08-02345-SBA, pursuant FRCP Rule 41(a)(1)(A), without prejudice.

Defendants have not been served summons and complaint, and have neither had an opertunity to serve an answer to complaint nor motion for summary judgement.

Plaintiff filed this action, under the presumption that defendants/Prison Officials would continue to withhold, his legal documents, and complaint (CV-08-02590-SBA) filed around 5/20/08, that raises the same claims as CV-08-02345-SBA and multiple other claims.

Plaintiff further intended to seek leave to amend complaint CV-08-02345-SBA to include the other claims raised in CV-08-02590-SBA, that weren't stated in CV-08-02345-SBA.

Plaintiff also wishes this Honorable Court to know, the Plaintiff did not intend any unnecessary expense and request this Honorable Court to overlook this inadvertent mistake made in ignorance and haste, be look upon as harmless error and that the Court disregard said mistake.

Wherefore Plaintiff prays that this Honorable Court grant a dismissal of Action CV-08-02345-SBA without prejudice.

Plaintiff hereby swears, pursuant 28 USC §1746, under the Penalty of Perjury that the forgoing is True and Correct

Dated: July 13, 2008

Respectfully Submitted

CHARLES WALTON, F48589



CHARLES WALTON, F48589
Avenal SP, 320-16
PO Box 9
Avenal, Ca 93204-0009
AVENAL STATE PRISON
LEGAL MAIL
JUL 14 2008
AVENAL STATE PRISON
MAILROOM
049J82042606
$00.420
07/14/2008
Mailed From 93204
US POSTAGE
neopost
Office of the Clerk
US District Court
Northern District California, Oak Div.
1301 Clay St., Suite 400S
Oakland, Ca 94612-5212
INSPECTED BY
JUL 16
U.S. MARSHALS SERVIC
Legal Mail
Confidential
Legal Mail
94612$5217 C037

Legal Mail

7-13-08